**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000529
28-JAN-2015
08:55 AM**

NO. CAAP-14-0000529

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
AS TRUSTEE FOR THE CERTIFICATE-HOLDERS CWALT, INC.,
ALTERNATIVE LOAN TRUST 2006-18CB, MORTGAGE PASS
THROUGH CERTIFICATES, SERIES 2006-18CB,
Plaintiff-Appellee,
v.
HIRAM KELIIHOLOKAI KAHELE, JR. and ROSALIE HAUNANI KAHELE,
Defendants-Appellants
and
CITIFINANCIAL, INC.,
Defendant-Appellee
and
JOHN DOES 1-20, JANE DOES 1-20, DOE CORPORATIONS 1-20,
DOE ENTITIES 1-20, AND DOE GOVERNMENTAL UNITS 1-20,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-0405)

ORDER APPROVING STIPULATION FOR DISMISSAL
(By: Foley, Presiding J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation and Order to Dismiss Appeal Without Prejudice" of the above appeal filed on January 12, 2015, within which the parties agree that each party shall bear their own respective attorneys' fees and costs, and the records and files herein,

IT IS HEREBY ORDERED that

(1) the "Stipulation and Order to Dismiss Appeal Without Prejudice" is approved,

(2) this appeal is dismissed pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), and

(3) each party shall bear their own respective appellate attorneys' fees and costs.

DATED: Honolulu, Hawai'i, January 28, 2015.


Presiding Judge


Associate Judge


Associate Judge